IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JAMES L. LONG                                                                                    PLAINTIFF

VERSUS                                                        CIVIL ACTION NO. 5:22-cv-47-DCB-ASH

JOHN DOE, et al.                                                                              DEFENDANTS

ORDER

This matter is before the Court on Plaintiff's Motion to Dismiss Certain Defendants [46]. Plaintiff states that he wishes to dismiss Defendants "Unknown" Williams, Capt., and "Unknown" Brown. Accordingly, it is

ORDERED that Plaintiff's Motion to Dismiss [46] Defendants Captain "Unknown" Williams and Captain "Unknown" Brown is granted.

This the  15th  day of April, 2024.

                                           s/David Bramlette
                                           UNITED STATES DISTRICT JUDGE